MELINDA HAAG (CABN 132612)
United States Attorney

THOMAS MOORE (ALBN 4305-O78T)
Chief, Tax Division

THOMAS NEWMAN (NYBN 4256178)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7009
    Thomas.newman2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOLDEN WEST FORECLOSURE SERVICE, INC., a CALIFORNIA CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>3066 MARKET STREET, LL, et al.,<br><br>    Defendants. | Case No. C-14-2154-WHO<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Date: August 5, 2014<br>Time: 2:00 p.m. |

The parties stipulate as follows:

1.    Defendant, the United States, removed this case from the Superior Court of California on May 9, 2014. The case concerns surplus funds received by the plaintiff as a result of a trustee's sale of real property. Competing claims to the surplus funds were received by plaintiff. As result, plaintiff filed a Complaint in Interpleader in the Superior Court and deposited funds in the amount of $208,117.38 with the Clerk of the Superior Court.

2.    Although the United States received and removed this case, it has not been served and an Answer to the Complaint is not yet due.

3.    Aside from the United States (IRS), the complaint also names as parties several other creditors that may claim an interest to the funds that have been interplead and are the subject of this

STIPULATION
C-14-2154-WHO                  1

1  case.

2       4.    Currently, there is a case management conference scheduled for August 5, 2014. The parties, through the undersigned counsel agree to continue the case management conference until October 7, 2014, at 2:00 pm. The United States, on behalf of the IRS, may stipulate to remand this case to the state court. For that reason, the requested continuance will allow the government to evaluate remanding this case and the delay will relieve the parties of having to file papers in this court, and then the state court if the case is remanded. Second, the continuance is warranted given that some of the parties have not yet appeared in the matter and are not required to answer the complaint at this point.

     5.    Regarding the status of service on the defendants, prior to the removal to this court, Plaintiff sent to all defendants in the case a Notice and Acknowledgment of Receipt in lieu of personal service. Shortly thereafter, this case was removed to this court. No defendant answered or otherwise appeared in the Superior Court. In this case, Plaintiff has served all defendants with the Waiver of the Service of Summons (form AO 399). Two defendants have returned the form. Their respective responses are due by September 5, 2014. Two defendants have requested to be dismissed from the case, and a third is considering it. The mail sent to defendant 3066 Market Street, LLC at several different addresses has been returned as undeliverable. This defendant will need to be personally served.

DATED: July 25, 2014                                 Respectfully submitted,

                                                      MELINDA HAAG
                                                      United States Attorney

                                                       /s/
                                                     THOMAS M. NEWMAN
                                                     Assistant United States Attorney
                                                     Tax Division


                                                     LAW OFFICES OF ROUSE & BAHLERT

DATE: July 25, 2014                                 /s/ Cheryl C. Rouse
                                                     By: CHERYL C. ROUSE
                                                     Attorney for Plaintiff GOLDEN WEST
                                                     FORECLOSURE SERVICE, INC.

ORDER

For the reasons stated above, the Court continues the case management conference until October 7, 2014, at 2:00 pm.

IT IS SO ORDERED.

DATED: July 30, 2014

_____
THE HONORABLE WILLIAM H. ORRICK
United States District Judge

STIPULATION
C-14-2154-WHO                                3